FILED

07/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0516

_____

THERMAL DESIGN, INC., a Nebraska Corporation,

        Plaintiff and Appellee,

    v.

MARK DUFFY, an individual; PAM DUFFY, an individual; CENTRAL COPTERS, INC., a Montana corporation,

        Defendants and Appellants,

STEVE THORSON, an individual, d/b/a TNT Building Systems, a general partnership; TRAVIS THORSON, an individual, d/b/a TNT Building Systems, a general partnership; STEEL CONCEPTS, LLC, an Idaho limited liability company; and STEVE LARSON, an individual,

        Defendants.

_____

MARK and PAM DUFFY, a married couple and CENTRAL COPTERS, INC.,

        Counterclaim Plaintiffs,

    v.

THERMAL DESIGN, INC., a Nebraska corporation,

        Counterclaim Defendants.

_____

MARK and PAM DUFFY, a married couple, and CENTRAL COPTERS, INC.,

        Crossclaim Plaintiffs,

    v.

STEVE THORSON, an individual, d/b/a TNT Building Systems, a general partnership; TRAVIS THORSON, an individual, d/b/a TNT Building Systems, a general partnership,

        Crossclaim Defendants.

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Steve Thorson, to Travis Thorson, to all counsel of record, and to the Honorable Peter B. Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2022